**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6661**

JACK LEO BURDETTE,

                    Plaintiff - Appellant,

          v.

BUFORD, Sergeant/Shift Supervisor,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:14-cv-01778-JCC-MSN)

Submitted:  August 20, 2015          Decided:  August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jack Leo Burdette, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack Leo Burdette appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burdette v. Buford, No. 1:14-cv-01778-JCC-MSN (E.D. Va. Mar. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED